

# NUMBER 13-21-00220-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE MCCOY CORPORATION AND ERIK DELGADILLO

On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

Relators McCoy Corporation (McCoy) and Erik Delgadillo have filed a petition for writ of mandamus seeking to compel the trial court to: (1) partially vacate its June 23, 2021 order compelling the depositions of Ron Van Winkle, Waylon Walker, Beth Ramsey, John Grimsley, Rachel Stauffer, and Randy Padilla; and (2) sign a new order that grants McCoy's motion to quash and motion for protection with respect to these six individuals.

Relators have also filed an opposed motion to stay all trial court proceedings pending resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the relators' opposed motion to stay trial court proceedings, is of the opinion that the motion should be granted in part and denied in part. Accordingly, we grant the relators' opposed motion and order the June 23, 2021 order compelling the depositions of Ron Van Winkle, Waylon Walker, Beth Ramsey, John Grimsley, Rachel Stauffer, and Randy Padilla to be stayed pending resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We deny the relators' opposed motion in part insofar as it requests to stay all other trial court proceedings.

The Court requests that the real party in interest, Israel Gutierrez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
20th day of July, 2021.